UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:02CR-08-MU |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JONATHAN THREATT JR. | ) | |

Having found at a bench trial in this case held on February 13, 2006, that the defendant is not guilty by reason of insanity but that the defendant's release would create a substantial risk of bodily injury to another person, or serious damage to property of another person, the Court Orders as follows:

1. That the defendant is hereby re-committed to the custody of the Bureau of Prisons pursuant to Title 18 U.S.C. Section 4243, HOSPITALIZATION OF A PERSON FOUND NOT GUILTY ONLY BY REASON OF INSANITY, and that his re-commitment be to a suitable federal medical facility for further evaluation and treatment, until such time and conditions exist that the defendant becomes eligible for release in accordance with Sections (e) and (f) of Title 18 U.S.C. Section 4243, and related sections.

2. That the United States Marshal is directed to take custody of the defendant until such time as the defendant has been duly designated by the Attorney General for re-commitment and transported to a suitable federal medical facility. In the event that the defendant cannot be designated and transported today, the defendant is to be housed in a suitable medical facility pending final transfer by the United States Marshal to the facility designated by the Attorney General.

The Clerk is directed to certify copies of this Order to the United States Marshal, the Attorney General, the United States Attorney, the Bureau of Prisons, and to the defendant, through his counsel of record.

**IT IS SO ORDERED**, this the 13th day of February, 2006.

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE