UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:02-cr-0008

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONATHAN THREATT, JR. | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the Court on its own motion to administratively close the case as to the above-named Defendant. While the Defendant was found not guilty by reason of insanity, the United States Bureau of Prisons has determined that he is mentally unfit to be released and thus must continue to be committed. The Bureau of Prisons periodically re-evaluates the Defendant's mental statuts.

It is, therefore, ordered that this case be deemed closed for administrative purposes only, subject to re-opening upon a determination by the Bureau of Prisons that the Defendant is mentally fit for release.

IT IS SO ORDERED.

Signed: September 2, 2010

Frank D. Whitney
United States District Judge